UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,
                               Plaintiff,

-against-

1517 NEW BANI GROCERY, INC., et al.,
                               Defendants.
------------------------------------------------------------X

22 Civ. 7115 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued September 14, 2022, set an initial pretrial conference in this case and directed the parties to submit a joint letter and proposed case management plan seven days prior to the conference.

    WHEREAS, an Order issued October 13, 2022, adjourned the initial pretrial conference to November 23, 2022. That Order further directed Plaintiff to file proof of service of Defendants. The same day, Plaintiff filed affidavits of service indicating he served Defendants through the New York Secretary of State. Defendants have not yet appeared in this case.

    WHEREAS, the parties have not filed the joint letter and proposed case management plan. It is hereby

    **ORDERED** that the initial pretrial conference is **ADJOURNED** to **December 7, 2022**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code 558-3333. It is further

    **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible, and no later than **November 30, 2022.** If Plaintiff is not in communication with Defendants, Plaintiff shall attempt to serve Defendants via FedEx at their places of business, and file proof of service on ECF, by **November 23, 2022**. It is further

**ORDERED** that if Plaintiff cannot contact Defendants by **November 30, 2022**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to thirty (30) days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: November 17, 2022
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**