# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

November 30, 2022

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

> Application **GRANTED.** The conference scheduled for December 7, 2022, is **ADJOURNED** to **January 11, 2023, at 4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. The Order issued November 17, 2022, directed Plaintiff to serve Defendants via FedEx and file proof of service**.** Plaintiff has not done so. Plaintiff shall serve Defendants via FedEx and file proof of service by **December 7, 2022.** So Ordered.
>
> Dated: December 1, 2022
> New York, New York
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

Re:   Velasquez v. 1517 New Bani Grocery, Inc., d/b/a New Bani Grocery, et al.
       Case 1:22-cv-07115-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter. It is ordered that if Plaintiff cannot contact Defendants by November 30, 2022, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to thirty (30) days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant.

The Initial Pretrial Conference in this matter is currently scheduled for December 7, 2022, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter in this matter, though contact has been made to the Defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference, commencing from December 7th to a date most convenient to this Honorable Court.

As to the date to present an Order to Show Cause for default judgment as to Defendant, the Plaintiff proposes 45 days from the next scheduled Initial Pretrial Conference or mid-February 2023.

Thank you for your consideration of this matter and the second adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com