```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RICARDO VELASQUEZ,                                           :
                                    Plaintiff,               :    22 Civ. 7115 (LGS)
                                                             :
                  -against-                                  :         ORDER
                                                             :
1517 NEW BANI GROCERY, INC.,                                 :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued September 14, 2022, set an initial pretrial conference in this case and directed the parties to file a joint letter and proposed case management plan seven days prior to the conference. On application from Plaintiff, an Order issued October 13, 2022, adjourned the initial pretrial conference and directed Plaintiff to file proof of service. On October 13, 2022, Plaintiff filed affidavits of service from the New York Secretary of State.

WHEREAS, an Order issued November 17, 2022, further adjourned the pretrial conference, directed Plaintiff to serve Defendants via Federal Express and file proof of service, and required Plaintiff to file a status letter regarding default judgment.

WHEREAS, in the required status letter, filed November 30, 2022, Plaintiff stated "contact has been made to the Defendants." Plaintiff did not file the required proof of service. An Order issued December 1, 2022, further adjourned the pretrial conference and directed Plaintiff to serve Defendants via Federal Express and file proof of service by December 7, 2022.

WHEREAS, no such proof of service has been filed. It is hereby

**ORDERED** that Plaintiff shall file proof of service on Defendants, via Federal Express, as soon as possible and no later than **December 12, 2022**.

Dated: December 9, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE