UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RICARDO VELAZQUEZ,                    Civil Action No.: 22-cv-7115

                                      **NOTICE OF**
          Plaintiff,                  **APPEARANCE**

v.

1517 NEW BANI GROCERY, INC.,
a New York corporation, d/b/a NEW
BANI GROCERY, and 138 EAST 98
STREET HOUSING DEVELOPMENT
FUND CORPORATION, a New York
housing development fund company,

          Defendants.
-------------------------------------------------------------x

SIR

    PLEASE TAKE NOTICE, That defendant 1517 NEW BANI GROCERY, INC. hereby appear(s) in the above entitled action, and that the undersigned has been retained as Attorney for said defendant(s) and demand(s) a copy of and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  December 12, 2022
        New York, NY

                                      Yours, etc.

                                      ENRIQUE A. LEAL, Esq.
                                      Attorney for Defendant (EL6160)
                                      582 W 183 Street
                                      New York, NY 10033
                                      212 927 5972