UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICARDO VELASQUEZ,                                          :
                               Plaintiff,     :
                                                            :  22 Civ. 7115 (LGS)
             -against-                                    :
                                                            :  ORDER
1517 NEW BANI GROCERY, INC., et al.,                        :
                            Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference for this matter is scheduled for January 11, 2023, at 4:10 P.M. Plaintiff and Defendant 1517 New Bani Grocery, Inc., submitted a joint letter and proposed case management plan on January 4, 2023. Defendant 138 East 98 Street Housing Development Fund Corporation ("138 E. 98th Street") has not appeared.

WHEREAS, no significant issues were raised in the submitted materials. It is hereby

**ORDERED** that the January 11, 2023, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. It is further

**ORDERED** that the parties' request for a referral to the SDNY Mediation Program is **GRANTED.** An order referring the parties to mediation will issue separately. It is further

**ORDERED** that Plaintiff shall serve this Order on Defendant 138 E. 98th Street via Federal Express and file proof of service by **January 9, 2023**.

Dated: January 5, 2023
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE