UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,
                              Plaintiff,

                   -against-

1517 NEW BANI GROCERY, INC., et al.,
                             Defendants.
------------------------------------------------------------X

22 Civ. 7115 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued January 5, 2023, required Plaintiff to serve that Order on Defendant 138 East 98th Street Housing Development Fund Corporation via Federal Express and file proof of service on ECF by January 9, 2023.

    WHEREAS, no such proof of service has been filed. It is hereby

    **ORDERED** that by **January 12, 2023,** Plaintiff shall serve the Order issued January 5, 2023, on Defendant 138 East 98th Street via Federal Express and file proof of service on ECF.

Dated: January 10, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE