UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,
                                      Plaintiff,                22 Civ. 7115 (LGS)

              -against-                               ORDER

1517 NEW BANI GROCERY, INC.,
                                  Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued January 5, 2023, required Plaintiff to serve that Order on Defendant 138 East 98th Street Housing Development Fund Corporation ("138 E. 98th Street") via Federal Express and file proof of service on ECF by January 9, 2023.

      WHEREAS, an Order issued January 10, 2023, directed Plaintiff to file proof of service of the January 5, 2023, Order on Defendant 138 E. 98th Street by January 12, 2023.

      WHEREAS, no such proof of service has been filed. It is hereby

      **ORDERED** that Plaintiff shall file proof of service on Defendants, via Federal Express, as soon as possible and no later than **January 17, 2023**.

Dated: January 13, 2023
       New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**