UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RICARDO VELASQUEZ, :
                                    Plaintiff, :        22 Civ. 7115 (LGS)
:
-against- :        <u>ORDER</u>
:
1517 NEW BANI GROCERY, INC., et al., :
                            Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Case Management Plan and Scheduling Order, issued January 5, 2023, requires the parties to file a joint status letter in accordance with Individual Rule IV.A.2 by March 13, 2023.

       WHEREAS, no such letter has been filed.  It is hereby

       **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **March 15, 2023**.

Dated: March 14, 2023
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE