UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RICARDO VELASQUEZ,
                           Plaintiff,

-against-

1517 NEW BANI GROCERY, INC., et al.,
                           Defendants.
------------------------------------------------------------X

22 Civ. 7115 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order, issued January 5, 2023, requires the parties to complete discovery by May 11, 2023, and file a joint status letter by May 25, 2023.

WHEREAS, no such letter was filed.  It is hereby

**ORDERED** that the parties shall file the required status letter as soon as possible and no later than **May 31, 2023**.

Dated: May 26, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**