UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICARDO VELASQUEZ,                                          :
                                    Plaintiff,              :
                                                            :      22 Civ. 7115 (LGS)
            -against-                                       :
                                                            :              ORDER
1517 NEW BANI GROCERY, INC., et al.,                        :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the case management plan and scheduling order issued January 5, 2023, required the parties to complete fact discovery by May 11, 2023.  An order issued March 16, 2023, reminded the parties of their obligation to diligently complete discovery.  The parties did not timely complete discovery by May 11, 2023.

WHEREAS, an order issued June 12, 2023, re-opened discovery and set a deadline to complete fact discovery of July 14, 2023.  An order issued June 29, 2023, reminded the parties of their obligation to diligently complete discovery by this deadline.

WHEREAS, a status letter filed July 29, 2023, states that no documents have been produced and no depositions have been taken.  That letter states a deposition was scheduled for July 19, 2023, but the deposition did not take place due to "a mix up regarding the zoom information."  The letter does not state why this deposition was scheduled following the court-ordered deadline to complete fact discovery or why the parties did not expeditiously complete the deposition in the ten days following.  The letter does not acknowledge that the parties have again failed to comply with discovery deadlines and, regarding the parties' plans to ensure they meet deadlines, states only that the parties are in communication.  It is hereby

**ORDERED** that as soon as possible and no later than **August 2, 2023**, the parties shall file a joint status letter explaining their failure to complete discovery and comply with Court orders. The letter shall further explain why this case should not be dismissed for failure to prosecute and why both counsel should not be sanctioned for ignoring Court orders.

Dated: July 31, 2023
      New York, New York

                                                   **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**