GOETZ SCHENKER BLEE & WIEDERHORN, LLP
101 Greenwich Street – 20th Floor
New York, NY 10006
(212) 363-6900
*Attorneys for 138 EAST 98 STREET HOUSING DEVELOPMENT*
*FUND CORPORATION, a New York housing development*
*fund company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

RICARDO VELASQUEZ,                                       **ENTRY OF APPEARANCE**

                Plaintiff,

      -against-

                                        **Index No.: 1:22-cv-07115-LGS**

1517 NEW BANI GROCERY, INC., a New York
corporation, d/b/a NEW BANI GROCERY, and 138
EAST 98 STREET HOUSING DEVELOPMENT
FUND CORPORATION, a New York housing
development fund company,

                Defendants.
———————————————————————X

      Please enter the appearance of the undersigned on behalf of Defendant 138 EAST 98 STREET HOUSING DEVELOPMENT FUND CORPORATION, a New York housing development fund company, in the above captioned action.

Dated: New York, New York
       August 23, 2023                        Yours, etc.

                                                      GOETZ SCHENKER BLEE & WIEDERHORN
                                                      By: Robert P. Meyerson, Esq.
                                                      Attorneys for Defendant
                                                      138 EAST 98 STREET HOUSING
                                                      DEVELOPMENT FUND CORPORATION, a New
                                                      York housing development fund company
                                                      101 Greenwich Street, 20th Floor
                                                      New York, New York 10006
                                                      (212) 363-6900
                                                      Our File No.: 19928-AMT